UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Herman Christophe, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-1051 |
| | § | |
| Aaron Express, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

# Final Dismissal

On the agreement of the parties, this case is dismissed with prejudice.

Signed on April 18, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge